# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEVON HARUTYUNYAN,<br><br>    Petitioner,<br><br>v.<br><br>U.S. ATTORNEY GENERAL,<br><br>    Respondent. | Case No.: 2:21-cv-00053-APG-VCF<br><br>**Order Directing Filing of Application to Proceed *in Forma Pauperis* or Payment of Filing Fee**<br><br>[ECF No. 1] |

Petitioner Levon Harutyunyan[1] has submitted a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  He has not filed an application to proceed *in forma pauperis*, nor has he paid the filing fee.  He will need to correct this omission before the action can proceed further.

IT THEREFORE IS ORDERED that petitioner must file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.  The clerk of the court is directed to send petitioner a blank application form for incarcerated litigants.  In the alternative, petitioner must make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order.  Petitioner will have 45 days from the date that this order is entered to comply.  Failure to comply will result in the dismissal of this action.

///

///

///

---

[1] The docket gives petitioner's name as "Harutyunyan Levon."  However, a comma in both the caption of the petition and in an Immigration Court letter attached to the petition show that petitioner has put his last name in front of his first name.  I will direct the clerk to correct petitioner's name.

IT FURTHER IS ORDERED that the clerk of the court change the petitioner's first name to "Levon" and his last name to "Harutyunyan."

DATED: January 12, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE